UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROGER G. BEVER,

Plaintiff,

v.

R.L. STIFF,

Defendant.

CIVIL NO.00-979 (JMR/JMM)

ORDER

On April 17, 2000, Plaintiff filed a Complaint along with a self-styled Application to Proceed In Forma Pauperis ("IFP") [Docket Nos. 1 -3]. On April 19, 2000, this Court Ordered Plaintiff to submit a new IFP Application along with the correct amount of the initial partial filing fee required by 28 U.S.C. § 1915(b)(1) [Docket No. 4]. Plaintiff filed a new IFP Application on May 5, 2000, but did not remit the initial partial filing fee. On May 14, 2000, Plaintiff mailed a letter to this Court requesting that he be granted an additional 30 days to make his initial payment, as he is being transferred to another institution. The Court will construe this letter as a Motion.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for an extension of time to make his initial payment under 28 U.S.C. §1915(b)(1) is granted; and

2. No later than June 30, 2000, Plaintiff shall pay the correct amount of the initial partial filing fee, failing which this Court will recommend that the action be dismissed without prejudice.

Dated: 5/23/00

JOHN M. MASON
United States Magistrate Judge

FILED MAY 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________