UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROGER G. BEVER, CIVIL NO. 00-979 (JMR/JMM)

Plaintiff,

v. ORDER

R.L. STIFF,

Defendant.

On April 17, 2000, Plaintiff filed a Complaint along with a self-styled Application to Proceed In Forma Pauperis ("IFP") [Docket Nos. 1 -3]. On April 19, 2000, this Court ordered Plaintiff to submit a new IFP Application along with the correct amount of the initial partial filing fee required by 28 U.S.C. § 1915(b)(1) [Docket No. 4]. Plaintiff filed a new IFP Application on May 5, 2000, but did not remit the initial partial filing fee.

On May 14, 2000, Plaintiff mailed a letter to this Court requesting that he be granted an additional 30 days to make his initial payment, as he was being transferred to another institution. [Docket No. 6]. The Court construed that letter as a Motion and, in an Order dated May 23, 2000, granted Plaintiff until June 30, 2000 to pay the correct amount of the initial partial filing fee. [Docket No. 7].

On June 29, 2000, the Court learned that our May 23, 2000 Order was never delivered to Plaintiff, apparently because of confusion over his change in residence. Accordingly, we will grant Plaintiff an additional thirty days to pay the required filing fee. Based upon the prisoner's trust account report submitted by Plaintiff [Docket No. 5], the initial partial filing fee due pursuant to 28 U.S.C. § 1915(b)(1) is $6.11, or twenty percent (20%) of the average monthly deposits to Plaintiff's prisoner trust account during the six-

FILED JUL 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

month period immediately preceding the filing of the complaint. We direct the Clerk to send this Order and the Order of May 23, 2000 [Docket No. 7] to Plaintiff at the last address he provided to the Court, in his letter of May 14, 2000, which is: 120 W. 80th Terr., Kansas City, MO 64114.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that no later than July 30, 2000, Plaintiff shall pay the initial partial filing fee of $6.11, failing which this Court will recommend that the action be dismissed without prejudice.

Dated: July 5, 2000

JOHN M. MASON
United States Magistrate Judge