UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROGER BEVER,

Plaintiff,

v.

R.L. STIFF,

Defendant.

CIVIL NO. 00-979 (JMR/JMM)

ORDER

On August 1, 2000, this Court issued an Order [Docket No. 11] ordering that the Marshal cause the Summons [Docket No. 12] and Complaint [Docket No. 1] be served on Defendant, along with a copy of the August 1, 2000 Order, which required Defendant to file a response to Plaintiff's pleading. The Marshal served the pleadings [Docket Nos. 1, 11, and 12] by mail, and received a signed Acknowledgment of Service from Defendant dated August 16, 2000. As of the date of this Order, Defendant had not filed any response to the Complaint in this action.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant shall file a response to the Complaint no later than October 31, 2000. If Defendant has not filed a response by that date, the Court will entertain a Motion for Default Judgment against Defendant.

Dated: October 17, 2000

JOHN M. MASON
United States Magistrate Judge

OCT 17 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK