UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROGER GALEN BEVER,

Plaintiff,

v.

R.L. STIFF, sued as
Richard L. Stiff,

Defendant.

CIVIL NO. 00-979 (JMR/JMM)

ORDER

Defendant filed a Motion to Dismiss Plaintiff's Complaint [Docket No. 16] on February 28, 2001. It is hereby ordered that Plaintiff shall file a response to Defendant's Motion to Dismiss no later than May 4, 2001, at which time the Court will take the Motion under advisement.

Dated: April 20, 2001

JOHN M. MASON
United States Magistrate Judge

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK