UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROGER GALEN BEVER,

Plaintiff,

v.

R. L. STIFF,

Defendant.

CIVIL NO. 00-979 (JMR/JMM)

**AMENDED**
REPORT AND RECOMMENDATION

The Court issued a Report and Recommendation dated May 8, 2001, recommending that Defendant's Motion to Dismiss or for Summary Judgment [Docket No. 16] be granted. The primary rationale for our recommendation was Plaintiff's failure to oppose Defendant's Motion.

As a secondary basis for dismissing Plaintiff's Complaint, we stated that Defendant was entitled to immunity under the Eleventh Amendment. This statement was incorrect. Defendant is the warden of a federal facility, not a state facility, and therefore is not entitled to the immunity from suit afforded by the Eleventh Amendment.

However, this fact does not alter our conclusion that Defendant's Motion to Dismiss or for Summary Judgment should be granted. As discussed at more length in the Court's original Report and Recommendation, Plaintiff's failure to respond to the Motion warrants dismissal of the Complaint.

In addition, Plaintiff has not provided the Court with any facts to contradict the version of events presented by Defendant in connection with his Motion, making it likely that a grant of summary judgment in favor of Defendant would be appropriate. Given our conclusion that the Complaint should be dismissed, we do not find it necessary to examine

FILED MAY 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendant's substantive arguments for summary judgment.

**RECOMMENDATION**

For the reasons set forth above, it is recommended that Defendant's Motion to Dismiss or for Summary Judgment [Docket No. 16] be granted.

Dated: May 16, 2001

JOHN M. MASON
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties on or before **May 31, 2001** a copy of this Report, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection.