# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Roger Galen Bever

Plaintiff

v.

R. L. Stiff

Defendants

Case No. Civil 00-979 JMR/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss or for summary judgment is granted. The complaint shall be and hereby is dismissed.

DATE: June 21, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk